943 A.2d 1259

**William James MITCHELL**

**v.**

**STATE of Maryland.**

**No. 78, Sept. Term, 2007.**

Court of Appeals of Maryland.

March 12, 2008.

Michael Millemann, Towson, for petitioner.

Robert Taylor, Jr., Asst. Atty. Gen. (Douglas F. Gansler, Atty. Gen. of Maryland, Baltimore), on brief, for respondent.

Argued before BELL, C.J., RAKER, HARRELL, BATTAGLIA, GREENE, MURPHY, and DALE R. CATHELL, (Retired, Specially Assigned), JJ.

PER CURIAM ORDER.

The petition for writ of certiorari in the above-entitled case having been granted and argued, it is this 12th day of March, 2008,

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.